UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BOBBY D. TETTLETON,<br><br>               Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC, an Delaware limited liability company, DOOLITTLE LAW, CHARTERED, an Idaho corporation, TRI-COUNTY PROCESS SERVING, LLC, an Idaho limited liability company,<br><br>               Defendants. | Case No. 1:15-cv-00367-CWD<br><br>**JUDGMENT** |

Based upon Plaintiff's acceptance of Defendant Asset Acceptance, LLC's offer of Judgment, Judgment is hereby entered against Defendant Asset Acceptance, LLC on all claims in the complaint in this matter for the sum of $2,000 (Two Thousand Dollars and No/100), inclusive of costs and reasonable attorney fees.

    **IT IS SO ORDERED.**

Dated: **November 27, 2015**

Honorable Candy W. Dale
United States Magistrate Judge

JUDGMENT - 1