UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BOBBY D. TETTLETON,<br><br>                Plaintiff,<br>v.<br><br>ASSET ACCEPTANCE, LLC,<br>an Delaware limited liability company,<br>DOOLITTLE LAW, CHARTERED,<br>an Idaho corporation,<br>TRI-COUNTY PROCESS SERVING, LLC,<br>an Idaho limited liability company,<br><br>                Defendants. | Case No.: 1:15-cv-367-CWD<br><br>**JUDGMENT** |

The Court has considered Defendant Doolittle Law's Offer of Judgment and Plaintiff's acceptance and, good cause appearing;

IT IS HEREBY ORDERED that judgment is entered against Defendant Doolittle Law, Chartered, on all claims in the complaint in this matter against Doolittle Law, Chartered, in the amount of Two Thousand Dollars ($2,000.00), inclusive of costs and reasonable attorney fees.

Dated: **November 30, 2015**

Honorable Candy W. Dale
United States Magistrate Judge