**BRADY LAW, CHARTERED**
Michael G. Brady, ISB #1293
Jason S. Thompson, ISB #8985
St. Mary's Crossing
2537 W. State Street, Suite 200
Boise, ID 83702
bradylaw@bradylawoffice.com
jasont@bradylawoffice.com

*TELEPHONE:* (208) 345-8400
*FACSIMILE:* (208) 322-4486

**Attorneys for Defendant, Tri-County Process Serving, LLC**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BOBBY D. TETTLETON,<br><br>        Plaintiff,<br><br>   v.<br><br>ASSET ACCEPTANCE, LLC, an Delaware limited liability company, DOOLITTLE LAW, CHARTERED, an Idaho corporation, TRI-COUNTY PROCESS SERVING, LLC, an Idaho limited liability company,<br><br>        Defendants. | Case No.: 1:15-CV-367-BLW<br><br>Judge Candy W. Dale<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST TRI-COUNTY PROCESS SERVING, LLC WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Bobby Tettleton and Defendant Tri-County Process Serving, LLC, through their counsel of record, *that* the Complaint filed against Defendant Tri-County Process Serving, LLC in the above-entitled action, may be dismissed with prejudice with each party to bear their own costs and attorney

**STIPULATION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST TRI-COUNTY PROCESS SERVING, LLC WITH PREJUDICE – Page 1**

fees, on the grounds and for the reasons that the claims of Plaintiff Bobby D. Tettleton against Defendant Tri-County Process Serving, LLC have been fully compromised and settled.

DATED this \_\_\_7\_\_\_ day of December, 2015.

BALLARD LAW, PLLC

By:   Ryan A. Ballard
      Attorneys for Plaintiff,
      Bobby D. Tettleton

DATED this \_\_\_7th\_\_\_ day of December, 2015.

BRADY LAW, CHARTERED

By:   Michael B. Brady
      Jason S. Thompson
      Attorneys for Defendant,
      Tri-County Process Serving, LLC

**STIPULATION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST TRI-COUNTY PROCESS SERVING, LLC WITH PREJUDICE – Page 2**
0104.0190

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___7___ day of December, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of electronic filing to the following individuals:

- Ryan A. Ballard: ryanballardlaw@gmail.com

- Michael J. Doolittle: mjd@doolittlelaw.biz

- Fredric V. Shoemaker: fshoemaker@greenerlaw.com, kgilbert@greenerlaw.com, lpena@greenerlaw.com

- *Loren Keith Messerly: lmesserly@greenerlaw.com, kgilbert@greenerlaw.com, pdent@greenerlaw.com*

Michael G. Brady
Jason S. Thompson

**STIPULATION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST TRI-COUNTY PROCESS SERVING, LLC WITH PREJUDICE – Page 3**
0104.0190